IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HAROLD J. RUCKER, JR.,

    Plaintiff,　　　　　　　　　　　　　CIV. NO. S- 09-1673 JAM GGH PS

    vs.

SACRAMENTO COUNTY CHILD
PROTECTIVE SERVICES, et al.,

    Defendants.　　　　　　　　　　　　ORDER

_____/

    Defendants' motion to dismiss presently is calendared for hearing on December 3, 2009. After the time passed for filing an opposition, and on the same date that defendants filed their reply, plaintiff requested an extension of time to file an opposition.

    Good cause appearing, IT IS HEREBY ORDERED that:

1.    Plaintiff's November 24, 2009 request for an extension of time is granted; and

2.    Plaintiff is granted until December 3, 2009 in which to file and serve his opposition. Defendants' reply, if any, shall be filed seven days thereafter.

3.    The hearing on the motion to dismiss is continued to December 17, 2009, at 10:00 a.m.

DATED: November 30, 2009

                                          /s/ Gregory G. Hollows

                                          GREGORY G. HOLLOWS
                                          U. S. MAGISTRATE JUDGE

GGH:076:Rucker1673.eot.wpd

1