IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HAROLD J. RUCKER, JR.,

      Plaintiff,                                  CIV. NO. S-09-1673 JAM GGH PS

      vs.

SACRAMENTO COUNTY CHILD
PROTECTIVE SERVICES, et al.,

                                               ORDER

      Defendants.

_____/

      Defendants' motion to dismiss, filed October 19, 2009, was previously pending on this court's law and motion calendar for December 17, 2009.  Having reviewed the papers and heard oral argument, the undersigned now issues the following order.

      As set forth at the hearing, so that a determination can be made as to whether an evidentiary hearing is necessary on the issue of equitable tolling of the statute of limitations, plaintiff will be required to submitted any additional correspondence he has between himself and either the California Department of Fair Employment and Housing or the Equal Employment Opportunity Commission.  Such correspondence shall include letters from plaintiff to either of these agencies, and any letters from these agencies to plaintiff.

\\\\\

1

1        Accordingly, IT IS HEREBY ORDERED that: within **ten** days of the December 17, 2009 hearing, plaintiff shall file and serve any correspondence between himself and the DFEH or EEOC which has not already been submitted.

DATED: December 21, 2009

                                   /s/ Gregory G. Hollows

                                   GREGORY G. HOLLOWS
                                   U. S. MAGISTRATE JUDGE

GGH:076:Rucker1673.subm.wpd