IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HAROLD J. RUCKER JR., | | |
| Plaintiff, | | No.  CIV-S-09-1673-JAM-KJN PS |
| vs. | | |
| SACRAMENTO COUNTY CHILD PROTECTIVE SERVICES, SACRAMENTO COUNTY HEALTH AND HUMAN SERVICES, | | ORDER |
| Defendants. | | |
| _____/ | | |

On June 2, 2010, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days.  Plaintiff filed objections to the findings and recommendations.  Defendants filed a response to plaintiff's objections.

In accordance with the provisions of 28 U.S.C. Section 636(b)(1)(C) and Local Rule 304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

////

Good cause appearing,

IT IS ORDERED that:

1. The Proposed Findings and Recommendations filed June 2, 2010, are ADOPTED;

2. Defendant's October 19, 2009, motion to dismiss is granted on the grounds that plaintiff's federal claims are time barred, and this matter is dismissed with prejudice for lack of subject matter jurisdiction pursuant to Fed. R. Civ. P. 12(b)(1), and the court declines to exercise jurisdiction over plaintiff's state law claims.

DATED: July 26, 2010

/s/ John A. Mendez
UNITED STATES DISTRICT JUDGE